| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lemmon, Mary A | 2. Court or Organization<br><br>Eastern District of LA | 3. Date of Report<br><br>5/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. District Courthouse<br>500 Poydras Street, C-406<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S |
| 2. | General Partner | ███████████████████████ Partnership |
| 3. | General Partner | Heirs ███████████████ |
| 4. | General Partner | ████████ Land Partnership |
| 5. | Board Member | Reconcile New Orleans |
| 6. | Council Member | Louisiana State Law Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreement.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |

FINANCIAL
DISCLOSURE OFFICE
RECEIVED
May 24 11:27 AM 2005

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | La. State Employees Retirement System | 59,530.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | La. State Employees Retirement System |
| 2. | 2004 | Self Employed (Legal Consultant) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | February 5 - 8, 2004 San Antonio, TX - Judicial Division Mid-Year Meeting (Transportation, Meals, Lodging) |
| 2. | American Bar Association | April 15 - 18, 2004 Tempe, AZ - Judicial Division Spring Planning Meeting (Transportation, Lodging) |
| 3. | American Bar Association | August 5 - 9, 2004 Atlanta, GA - Judicial Division Annual Meeting (Lodging, Meals) |
| 4. | American Bar Association | September 9 - 12, 2004 Chicago, IL - Section Officers Conference (Transportation, Meals, Lodging) |
| 5. | American Bar Association | October 14 - 15, 2004 Lexington, VA - National Symposium on the American Jury System (Transportation, Meals, Lodging) |

## V. GIFTS. (Including those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | A | Interest | J | T | | | | | |
| 2. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | A | Interest | J | T | | | | | |
| 3. First American Bank-IRA Cash Equivalent Account | A | Interest | K | T | | | | | |
| 4. First American Bank-IRA Cash Equivalent Account | A | Interest | K | T | | | | | |
| 5. Hibernia Bank Common Stock | C | Dividend | L | T | | | | | |
| 6. Hibernia Bank Checking | A | Interest | J | T | | | | | |
| 7. Hibernia Bank Checking | | None | J | T | | | | | |
| 8. First National Bank of St. Charles CD | B | Interest | | | Redeemed | 9/03 | J | | |
| 9. Oil Royalty - St. Charles Parish | F | Roylty | L | W | | | | | |
| 10. AXP Mutual | B | Dividend | L | T | | | | | |
| 11. Ariel Common | A | Dividend | J | T | | | | | |
| 12. John Hancock Funds: Large Cap Equity A | A | Dividend | J | T | | | | | |
| 13. ███ Partnership | A | Rent | J | W | | | | | |
| 14. Laura Plantation | A | Dividend | K | W | | | | | |
| 15. U.S. Savings Bonds, Series, HH, transferred July 1994 | B | Interest | K | T | | | | | |
| 16. U.S. Savings Bonds Series E, inherited March 1994 | | None | K | T | | | | | |
| 17. 3.31% interest in Cutrone Carline Properties | D | Dividend | L | W | | | | | |
| 18. ███ Trust, Boutte Louisiana | | None | K | W | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ▓▓▓▓ Partnership | D | Rent | N | W | | | | | |
| 20. Legg Mason Tax Exempt Trust: Money Market | A | Interest | K | T | | | | | |
| 21. ▓▓▓▓ Minerals Partnership | | None | J | W | | | | | |
| 22. First National Bank of St. Charles CD | | None | | | Redeemed | 01/02 | J | | |
| 23. Legg Mason Value Trust Mutual Fund | | None | J | T | | | | | |
| 24. Legg Mason Stocks: AT&T | A | Dividend | J | T | | | | | |
| 25. Alcoa | A | Dividend | J | T | | | | | |
| 26. Bank One Corp. | A | Dividend | K | T | | | | | |
| 27. Vail Resorts | | None | J | T | | | | | |
| 28. BP Amoco PLC | B | Dividend | K | T | | | | | |
| 29. Legg Mason Bonds: BRAZOS RIVER AUTH TEX PCE | A | Interest | | | Redeemed | 4/01 | K | | |
| 30. HOUMA LA UTIL REV FGIC BOOK ENT Y | B | Interest | | | Sell | 03/07 | K | A | |
| 31. JEFFERSON LA SALES TAX DIST SPL ALES TAX E F G-B-F | | None | | | Sell | 12/01 | J | | |
| 32. KENNER LA SALES TAX REV RFDG FGIC DT | A | Interest | | | Sell | 08/01 | K | | |
| 33. LOUISIANA PUB FACS AU HOSP REV OUR LA Y LOURDES REGL ME M | A | Interest | | | Sell | 02/01 | K | | |
| 34. LOUISIANA PUB FACS AU SHP RV REF WOMANS HSP FNDTN FGIC B/E | | None | | | Sell | 10/01 | K | | |
| 35. MATANUSKA SUSINTA BORO ALASKA B/O SER A M8 A-BOOK ENTRY | A | Interest | | | Redeemed | 05/01 | K | A | |
| 36. WASHINGTON ST. HLTH CARE FAC AU RV GROUP HLTH COOP PUGETSOU | | None | | | Sell | 12/20 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $60,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. LOUISIANA ST. UNIV & AGRIC & MECHANICAL CLGE U IV REV AUX | B | Interest | | | Redeemed | 07/01 | L | B | |
| 38. LOUISIANA STAD AND EXPO DIST HOTEL OCCUPANCY TAX & STAD RE | C | Interest | | | Redeemed | 07/01 | L | A | |
| 39. SAINT CHARLES PAR LA ENVRNMTL IMPT REV LA PQR&LT CO PJ-SER | C | Interest | L | T | | | | | |
| 40. TANGIPAHOA PARISH LA HOSP SVC DIST #1 HOSP REV AMBAC | B | Interest | | | Redeemed | 02/01 | L | A | |
| 41. Rental Property Orleans Parish | E | Rent | N | W | | | | | |
| 42. St. Charles Land Trust | A | Dividend | J | W | | | | | |
| 43. U.S. Savings Bonds, Series, HH | C | Interest | L | T | | | | | |
| 44. Whitney Bank Checking | | None | L | T | | | | | |
| 45. Legg Mason Stocks: Com Cast | | None | J | T | | | | | |
| 46. Legg Mason Bonds: VERMILLION PARISH LA G/O | A | Interest | K | T | | | | | |
| 47. LAFAYETTE LA PUBLIC IMPT SALES TAX SER A | B | Interest | K | T | | | | | |
| 48. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | K | T | | | | | |
| 49. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | L | T | | | | | |
| 50. LA STATE UNIVERSITY & AGRIC & MECHANICAL CLGE UNIV REV | B | Interest | K | T | | | | | |
| 51. EAST BATON ROUGE PARISH LA SALES & USE TAX PUB | B | Interest | K | T | | | | | |
| 52. Hibernia Stock (Inherited) (X) | A | Dividend | | | | | | | |
| 53. Federal Home Loan Mortgage(X) | C | Interest | M | | | | | | |
| 54. Southlake Tere CTFS Obligation (X) | A | Interest | K | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Timberlane Tere Util Distr Glo(X) | | None | L | | | | | | |
| 56. Vermillion Parish La. Glo(X) | B | Interest | | | | | | | |
| 57. Virginie St. Res. Auth.(X) | A | Interest | L | | | | | | |
| 58. Walles Tere Indpt. Sch. Dist. Glo(X) | | None | K | | | | | | |
| 59. Whitney National Bank Savings (X) | A | Interest | L | | | | | | |
| 60. Series HH/H Bonds (X) | A | Interest | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $6,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I: Name of Organization/Entity, continued . . .
# 1 Corporation owned entirely ▮▮▮▮▮▮ The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes.

Part I: Name of Organization/Entity, continued . . .
#2 ▮▮▮▮ Partnership

Part I: Name of Organization/Entity, continued
#3 ▮▮▮▮ Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership: A ▮▮▮▮ Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the ▮▮▮▮ Partnership in 1994.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lemmon, Mary A | 5/17/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                         Date   5/16/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black; padding:1em;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>